EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Ricardo L. Torres Muñoz | 2010 TSPR 165 <br><br> 183 DPR ____ |

Número del Caso: TS-9193

Fecha: 4 de noviembre de 2011

Abogado de la Parte Peticionaria:

       Lcdo. Luis Sánchez Caso

Comisión de Reputación para el Ejercicio de la Abogacía

       Lcdo. Guillermo Arbona Lago
       Lcda. Belén Guerrero Calderón
       Lcda. Waleska Delgado Marrero
       Lcda. Jocelyn López Vilanova
       Dr. Robert Stolberg

Procurador Especial de la Comisión de Reputación

       Lcdo. Alcides Oquendo Solís

Oficina del Procurador General

       Lcda. Jannelle Laforet Matos
       Procuradora General Auxiliar

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

In Re:

Ricardo L. Torres Muñoz

TS-9193

**RESOLUCIÓN**

San Juan, Puerto Rico, a  4  de noviembre de 2011.

A la *Solicitud de Reinstalación* presentada por el Sr. Ricardo L. Torres Muñoz, con lugar.  Se ordena la reinstalación inmediata del abogado Ricardo L. Torres Muñoz al ejercicio de la abogacía. Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo